IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MAHMOOD HAERI,

        Plaintiff,

v.                                      Case No. 1:15cv197-MW/GRJ

NY TIMES NEWSPAPER, et al.

        Defendants.
_____/

**ORDER ACCEPTING**
**REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 7, and has also reviewed *de novo* Plaintiff's Attention to Report and Recommendation which this Court construes as objections to the report and recommendation, ECF No. 14. Plaintiff's objections do not address the lack of diversity as it relates to RTS or the statute of limitations issue. Accordingly,

IT IS ORDERED:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED** for lack of subject matter jurisdiction and for failure to state a

1

cause of action upon which relief may be granted."  The Clerk shall close the file.

**SO ORDERED on November 19, 2015.**

                <u>s/Mark E. Walker</u>
                **United States District Judge**